**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTY THOMAS, | **Case No.**  5:22-cv-2073-JFW (JPRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| EPA USA, INC., | |
| Defendant. | |

    1.    Judgment is entered in favor of Plaintiff CHRISTY THOMAS and against Defendant EPA USA, INC. as follows:

          a. Statutory Damages          $ 1,000.00

          c. Attorney fees          $ 3,112.50

          d. Costs          $ 536.98

    2.    Post-judgment interest is awarded against Defendant EPA USA, INC.

1  in an amount to be calculated from the date of entry of judgment at a rate prescribed

2  by law.

3

4

5

6  Dated: June 7, 2022          /s/ _____

7                                          Hon. John F. Walter

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28